The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY. a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a foreign insurance company,<br><br>Defendants. | Case No. 2:22-cv-00966-BJR<br><br>**NOTICE OF SETTLEMENT**<br><br>CLERK'S ACTION REQUIRED |

TO: THE COURT AND CLERK OF THE COURT

Please be advised that Plaintiff The Travelers Home and Marine Insurance Company and Defendant United Services Automobile Association (the "Settling Parties") have agreed to a settlement as to all claims between them.

The Settling Parties are in the process of preparing final settlement papers and anticipate filing a Stipulated Dismissal with Prejudice of all claims asserted against Defendant United Services Automobile Association, pursuant to Fed. R. Civ. Proc. 41, within the next 30 days.

In the interim, in the interest of conserving judicial resources, the Settling Parties respectfully request that all deadlines set forth in the Court's September 15, 2022, Order Setting Initial Scheduling Dates (Dkt. 7) and all amendments thereto be vacated.

1    DATED this 24th day of October, 2022.

        LETHER LAW GROUP

*/s/ Geraldine Anne T. Enrico*
Thomas Lether, WSBA # 18089
Eric J. Neal, WSBA #31863
Geraldine Anne T. Enrico, WSBA #54917
1848 Westlake Ave N, STE 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
genrico@letherlaw.com
*Attorneys for Plaintiff The Travelers Home and Marine Insurance Company*

HOLT WOODS AND SCISCIANI LLP

*s/ John Barton*
John Barton, WSBA #45529
701 Pike St., Suite 2200
Seattle, WA 98101
P: (206) 262-1200/ F: (206) 223-4065
jbarton@hwslawgroup.com
*Attorney for Defendant United Services Automobile Association*

NOTICE OF SETTLEMENT - 2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

John Barton, WSBA #45529
Holt Woods and Scisciani LLP
701 Pike St. Ste 2200
Seattle, WA 98101
Phone: (206) 262-1200
Fax: (206) 223-4065
jbarton@hwslawgroup.com
*Attorney for Defendant USSA*

**By:**        [ ] First Class Mail          [X] ECF/E-Service        [ ] Legal Messenger

Dated this 24th day of October, 2022 at Seattle, Washington.

*/s/Devon Sheehan*
Devon Sheehan | Paralegal